| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Paul Horn**<br>**328 S. Atlantic Blvd. #101**<br>**Monterey Park, CA 91754**<br>**800-380-7076**<br>**Fax: 800-380-7079**<br>**attorneypaul2000@yahoo.com**<br>California State Bar Number: **243227**<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for:* **Debtors** | **FILED & ENTERED**<br><br>**SEP 02 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** steinber **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| In re:<br><br>**Alfredo Andrade**<br>**Teresa Banda**<br><br>Debtor(s). | CASE NO.: **8:14-bk-12038-TA**<br>CHAPTER **13**<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br>DATE: **8/20/2014**<br>TIME: **3:00pm**<br>COURTROOM: **5B**<br>PLACE: **411 W. Fourth St., Santa Ana, CA 92701** |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

*(**NOTES FOR USE OF THIS FORM**: List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

---

Calendar Number:  **72**    Claim Number:  **1**    Claim Amount: **$4,397.12**

Claimant Name:  **Ally Financial serviced by Ally Servicing LLC**

☒ Disallowed    ☐ Allowed:    ☐ Unsecured:$    ☐ Priority: $

Comments:  **No response from Claimant to Debtor's objection to claim. The claim is disallowed.**

Date: September 2, 2014

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

---