# U N I T E D   S T A T E S   B A N K R U P T C Y   C O U R T
## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

Alfredo Andrade  
POB 1583  
LOS ALAMITOS, CA   90720

Teresa Banda  
POB 1583  
LOS ALAMITOS, CA   90720

Case No. **8:14-bk-12038-TA**

DATE: 9/10/2014

DEB1 SSN XXX-XX-0209  
DEB2 SSN XXX-XX-7332

## NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY OF INTEREST WITHIN FIFTEEN(15) DAYS FROM THE DATE OF THIS NOTICE.

| NAME & ADDRESS OF CREDITOR | CLAIM AMOUNTS & INFO. | CLASSIFICATION & ACCOUNT |
|---|---|---|
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA   92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 1 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Amex<br>POB 297871<br>Fort Lauderdale, FL<br>33329-7871 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 2 | UNSECURED<br>NOT FILED<br>ACCT: **8647**<br>COMM:<br>COURT CLAIM#: |
| AMERICAN EXPRESS CENTURION BANK<br>BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA   19355-0701 | CLAIM: **$7,386.61**<br>SCHEDULED: $7,386.00<br><br>DATE FILED: 04/25/2014<br>TRUSTEE CLAIM#: 3 | UNSECURED<br><br>ACCT: **5001**<br>COMM:<br>COURT CLAIM#: 5 |
| FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE   19886-5102 | CLAIM: **$5,931.56**<br>SCHEDULED: $5,931.00<br><br>DATE FILED: 07/03/2014<br>TRUSTEE CLAIM#: 4 | UNSECURED<br><br>ACCT: **7457**<br>COMM:<br>COURT CLAIM#: 9 |
| CAPITAL ONE BANK USA, N.A<br>C/O AMERICAN INFOSOURCE LP<br>PO BOX 71083<br>CHARLOTTE, NC   28272-1083 | CLAIM: **$1,071.71**<br>SCHEDULED: $1,071.00<br><br>DATE FILED: 06/09/2014<br>TRUSTEE CLAIM#: 5 | UNSECURED<br><br>ACCT: **4302/0688**<br>COMM:<br>COURT CLAIM#: 8 |

Case No.**8:14-bk-12038-TA**

| Creditor | Claim Info | Status |
|---|---|---|
| CERASTES, LLC<br>C O WEINSTEIN, PINSON, AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | CLAIM: **$4,000.00**<br>SCHEDULED: $6,335.00<br><br>DATE FILED: 08/11/2014<br>TRUSTEE CLAIM#: 6 | SECURED<br>SURRENDERED<br>ACCT: **8538**<br>COMM: 2012 YAMAHA QUAD<br>COURT CLAIM#: 14 |
| Chase<br>7301 Baymeadows Way<br>Jacksonville, FL  32256-6826 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 7 | UNSECURED<br>NOT FILED<br>ACCT: **2436**<br>COMM:<br>COURT CLAIM#: |
| Chase<br>POB 15298<br>Wilmington, DE  19850 | CLAIM: **$0.00**<br>SCHEDULED: $4,095.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 8 | UNSECURED<br>NOT FILED<br>ACCT: **3002**<br>COMM:<br>COURT CLAIM#: |
| Chase<br>POB 24696<br>Columbus, OH  43224-0696 | CLAIM: **$0.00**<br>SCHEDULED: $85,505.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 9 | UNSECURED<br>NOT FILED<br>ACCT: **0895**<br>COMM:<br>COURT CLAIM#: |
| Chase<br>POB 901076<br>Fort Worth, TX  76101-2076 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 10 | UNSECURED<br>NOT FILED<br>ACCT: **4007**<br>COMM:<br>COURT CLAIM#: |
| ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON, AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | CLAIM: **$3,117.37**<br>SCHEDULED: $3,117.00<br><br>DATE FILED: 08/01/2014<br>TRUSTEE CLAIM#: 11 | UNSECURED<br><br>ACCT: **6070**<br>COMM:<br>COURT CLAIM#: 12 |
| CitiMortgage Inc<br>POB 9438<br>Gaithersburg, MD  20898-9438 | CLAIM: **$0.00**<br>SCHEDULED: $74,880.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 12 | UNSECURED<br>NOT FILED<br>ACCT: **7518**<br>COMM:<br>COURT CLAIM#: |
| First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE  68197 | CLAIM: **$3,920.63**<br>SCHEDULED: $3,865.00<br><br>DATE FILED: 04/14/2014<br>TRUSTEE CLAIM#: 13 | UNSECURED<br><br>ACCT: **3636**<br>COMM:<br>COURT CLAIM#: 3 |
| JPMORGAN CHASE BANK, N.A.<br>NATIONAL PAYMENT CENTER<br>PO BOX 24785<br>COLUMBUS, OH  43224-0785 | CLAIM: **$9,791.46**<br>SCHEDULED: $8,000.00<br><br>DATE FILED: 08/07/2014<br>TRUSTEE CLAIM#: 14 | MORTGAGE ARREARS<br><br>ACCT: **2436**<br>COMM: ARRS D/P 2ND TD- 5232 M<br>COURT CLAIM#: 13 |

Case No. **8:14-bk-12038-TA**

| Creditor | Claim Info | Status |
|---|---|---|
| OneWest Bank<br>6900 Beatrice Dr<br>Kalamazoo, MI   49009-9559 | CLAIM: **$0.00**<br>SCHEDULED: $30,855.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 15 | UNSECURED<br>NOT FILED<br>ACCT: **7620**<br>COMM:<br>COURT CLAIM#: |
| Orange County Recorder<br>333 W. Santa Ana Blvd<br>Santa Ana, CA   92701 | CLAIM: **$0.00**<br>SCHEDULED: $7,057.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 16 | UNSECURED<br>NOT FILED<br>ACCT: **1283**<br>COMM:<br>COURT CLAIM#: |
| Riverside County Recorder<br>Assessor County Clerk<br>Recorder<br>POB 751<br>Riverside, CA   92507-0751 | CLAIM: **$0.00**<br>SCHEDULED: $7,057.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 17 | UNSECURED<br>NOT FILED<br>ACCT: **1305**<br>COMM:<br>COURT CLAIM#: |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 | CLAIM: **$514.12**<br>SCHEDULED: $514.00<br><br>DATE FILED: 08/01/2014<br>TRUSTEE CLAIM#: 18 | UNSECURED<br><br>ACCT: **9030**<br>COMM:<br>COURT CLAIM#: 11 |
| TD BANK USA, N.A.<br>C/O WEINSTEIN & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA   98124 | CLAIM: **$5,877.32**<br>SCHEDULED: $5,877.00<br><br>DATE FILED: 04/28/2014<br>TRUSTEE CLAIM#: 19 | UNSECURED<br><br>ACCT: **3544**<br>COMM:<br>COURT CLAIM#: 6 |
| UNVL Citi<br>POB 6241<br>Sioux Falls, SD   57117-6241 | CLAIM: **$0.00**<br>SCHEDULED: $7,854.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 20 | UNSECURED<br>NOT FILED<br>ACCT: **7655**<br>COMM:<br>COURT CLAIM#: |
| UNION BANK, NA<br>PO BOX 85600<br>2-36D-224<br>SAN DIEGO, CA   92186-5443 | CLAIM: **$364.73**<br>SCHEDULED: $476.00<br><br>DATE FILED: 04/15/2014<br>TRUSTEE CLAIM#: 21 | UNSECURED<br><br>ACCT: **8901**<br>COMM:<br>COURT CLAIM#: 4 |
| United States Trustee (SA)<br>411 W Fourth St., Suite 9041<br>Santa Ana, CA   92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 22 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| WELLS FARGO BANK, NA<br>ATTN: PAYMENT PROCESSING<br>MAC #X2302-04C<br>ONE HOME CAMPUS<br>DES MOINES, IA   50328 | CLAIM: **$5,558.94**<br>SCHEDULED: $4,000.00<br><br>DATE FILED: 05/27/2014<br>TRUSTEE CLAIM#: 23 | MORTGAGE ARREARS<br><br>ACCT: **4683**<br>COMM: ARRS D/P 1ST TD- 5232 M<br>COURT CLAIM#: 7 |

Case No. **8:14-bk-12038-TA**

| Creditor | Claim Info | Status |
|---|---|---|
| Amrane (SA) Cohen (TR)<br>770 The City Drive South<br>Suite 8500<br>Orange, CA  92868 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 24 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Paul Horn<br>Law Office of Paul Horn<br>4703 Walnut Grove Avenue<br>Rosemead, CA  91770 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 25 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Teresa Banda<br>POB 1583<br>LOS ALAMITOS, CA  90720 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 26 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| CITI<br>POB 6241<br>SIOUX FALLS, SD  57117 | CLAIM: **$0.00**<br>SCHEDULED: $4,579.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 27 | UNSECURED<br>NOT FILED<br>ACCT: **9387**<br>COMM:<br>COURT CLAIM#: |
| ALLY FINANCIAL<br>PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED: 04/07/2014<br>TRUSTEE CLAIM#: 28 | SECURED<br><br>ACCT: **5177**<br>COMM: 08 CHEVY SILVERADO NO P<br>COURT CLAIM#: 1 |
| SOUTHWESTERN BELL TELEPHONE COMPANY<br>% AT&T SERVICES, INC<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ  07921 | CLAIM: **$193.71**<br>SCHEDULED: $0.00<br>DATE FILED: 04/09/2014<br>TRUSTEE CLAIM#: 29 | UNSECURED<br><br>ACCT: **5654**<br>COMM:<br>COURT CLAIM#: 2 |
| PACIFIC BELL TELEPHONE COMPANY<br>% AT&T SERVICES, INC<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ  07921 | CLAIM: **$143.82**<br>SCHEDULED: $0.00<br>DATE FILED: 07/14/2014<br>TRUSTEE CLAIM#: 30 | UNSECURED<br><br>ACCT: **5392**<br>COMM:<br>COURT CLAIM#: 10 |
| CERASTES, LLC<br>C O WEINSTEIN, PINSON, AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | CLAIM: **$2,247.21**<br>SCHEDULED: $0.00<br>DATE FILED: 08/11/2014<br>TRUSTEE CLAIM#: 10006 | UNSECURED<br>SURRENDERED<br>ACCT: **8538**<br>COMM: SPLIT CLAIM<br>COURT CLAIM#: 14 |

Case No. **8:14-bk-12038-TA**

| In re:<br>Alfredo Andrade<br>POB 1583<br>LOS ALAMITOS, CA  90720           Debtor(s). | CHAPTER 13<br><br>Case No.: 8:14-bk-12038-TA |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My busines address is:

ORANGE CITY SQUARE
770 THE CITY DR. SOUTH, #8500
ORANGE, CA  92868

The foregoing document described as <u>NOTICE OF INTENT TO PAY CLAIMS</u> will be served  or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 9/10/2014  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

   Paul Horn                                             attorneypaul2000@yahoo.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/10/2014 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

   Alfredo Andrade
   Teresa Banda
   POB 1583
   LOS ALAMITOS, CA 90720

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/10/2014 | Catherine Nearpass | /s/  Catherine Nearpass |
|---|---|---|
| Date | Type Name | Catherine Nearpass |